IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JERRY PEARSON**                                                                                **PLAINTIFF**
**ADC #137779**

**V.**                              Case No. 4:25-CV-01166-JM-BBM

**WELLPATH,** *et al.*                                                        **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Benecia B. Moore. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff Jerry Pearson is allowed to PROCEED with his medical-deliberate-indifference claims against Dr. Smith in his individual capacity.

2. All other claims are DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

3. Defendant WellPath is TERMINATED as a party to this action.

IT IS SO ORDERED this 3rd day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE